**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIKAELA N. NIX

Plaintiff,

CASE NO.: 6:17-CV-28-ORL-28-TBS

v.

JETBLUE AIRWAYS CORPORATION.

Defendant.
_________________________________/

**NOTICE OF MEDIATION**

COMES now the Plaintiff through the undersigned counsel, after coordinating with opposing counsel and confirming with the Court Appointed Mediator, and in accordance with the Case Management and Scheduling Order filed by the Court on April 4, 2017, a mediation has been scheduled for February 2, 2018 at 9:30 AM with Jay Colling, Mediate First, 200 E. Robinson Street, Suite 1200, Orlando, FL 32801.

I HEREBY CERTIFY that on April 18, 2017, a true and correct copy of the foregoing was electronically filed, which will send a notice of electronic filing to: Min K. Cho and Robin M. Nauman, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Orlando, FL 32801, min.cho@hklaw.com and robin.nauman@hklaw.com.

WOOTEN KIMBROUGH, P.A.
P.O. Box 568188
Orlando, FL 32856-8188
Ph: (407) 843-7060
Fax: (407) 843-5836
Attorneys for Plaintiff

By: /s/Jackson W. Adams
Jackson W. Adams
FBN: 47970
jadams@whkpa.com